UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Best Auto Park, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 2:17-CV-07002-R-GJS <br><br> **Judgment Re: Default Judgment and Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses** |

Following the Court's ruling on April 12, 2018 and July 31, 2018, the Court grants JUDGMENT in favor of plaintiff Chris Langer and against defendant Best Auto Park, Inc. in the amount of $4,000 in statutory damages and $5,480.00 in attorneys' fees –totaling $9,480.00.

Dated: August 8, 2018

By:_____
MANUEL L. REAL
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff

1